UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES A. MITCHELL | : Hon. Noel L. Hillman |
| Petitioner, | : Civil Action No. 10-2618 (NLH) |
| v. | : Document Electronically Filed |
| DONNA ZICKEFOOSE, | : |
| Respondent. | : |

**ORDER**

This matter having come before the Court upon the request of Respondent for permission to file a motion to dismiss the Petition for a Writ of Habeas Corpus, in lieu of an answer, and good cause appearing,

IT IS on this 14th day of June, 2010,

ORDERED that the request for permission to file a motion to dismiss in lieu of an answer is hereby GRANTED; and it is

FURTHER ORDERED that Respondent shall file such a motion to dismiss on or before June 24, 2010, and that such a motion will be returnable on July 19, 2010.

/s/ NOEL L. HILLMAN
NOEL L. HILLMAN
United States District Judge